In the Matter of the Application of MORRIS ORNSTEIN, Appellant, a Candidate for the Democratic Nomination for the Office of Sheriff of Kings County, so Named in a Designating Petition, Filed for that Purpose, for an Order Requiring and Directing S. HOWARD COHEN and Others, Comprising the BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent, to Accept the Said Designating Petitions of MORRIS ORNSTEIN for Sheriff and HERMAN M. FRANK for Register, as Candidates in the Democratic Primary Election for the Nominations for the Respective Offices, and to Have These Two Names Printed and Included in the Democratic Primary Ballot, etc. AARON L. JACOBY and Another, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order denying petitioner's motion to direct the board of elections to accept the petitions and certificates of designation designating Morris Ornstein as a candidate for the Democratic nomination for the public office of sheriff of Kings county and Herman M. Frank as a candidate for the Democratic nomination for the public office of register of Kings county, and to have the names of said persons printed and included in the Democratic primary ballots in connection with the primary election to be held on September 17, 1935, affirmed, without costs. No opinion. Lazansky, P. J., Young, Tompkins and Johnston, JJ., concur.

In the Matter of the Application of ROBERT I. POWERS, Appellant, for the Determination of the Court as to the Designation of WILLIAM A. HUTCHINSON and ERMA MORTON for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order denying petitioner's motion to quash the petition and to restrain the commissioners of election of Westchester county from placing and printing the names of the individual respondents as candidates for the party positions of Republican county committeemen on the official ballots for the primary election to be held on September 17, 1935, reversed on the law, and motion granted, without costs, on authority of *Matter of Dorsey* v. *Cohen* (268 N. Y. 620), decided September 9, 1935. Lazansky, P. J., Young, Tompkins and Johnston, JJ., concur.